IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| LEARNING RESOURCES, INC., *et al.*, | |
| *Plaintiffs*, | No. 1:25-cv-1248 |
| v. | |
| DONALD J. TRUMP, *et al.*, | |
| *Defendants*. | |

**UNOPPOSED MOTION FOR LEAVE
TO FILE *AMICUS CURIAE* BRIEF
IN SUPPORT OF DEFENDANTS' MOTION TO TRANSFER**

America First Legal Foundation respectfully requests that the Court grant leave to file the attached *amicus curiae* brief in support of Defendants' motion to transfer this action to the Court of International Trade. Plaintiffs take no position on this motion; Defendants do not oppose the motion.

1. "An *amicus* brief should normally be allowed … when the *amicus* has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide." *Jin v. Ministry of State Sec.*, 557 F. Supp. 2d 131, 137 (D.D.C. 2008).

2. *Amicus* agrees with Defendants that this case should be transferred, and *Amicus* submits the attached proposed brief providing an additional basis for doing so. As part of *Amicus*'s commitment to the rule of law, it seeks to ensure that principles of jurisdiction are strictly enforced, and *Amicus* wishes to bring its additional arguments to the Court's attention given that they implicate the Court's subject matter jurisdiction.

April 25, 2025                                   Respectfully submitted,

*/s/ R. Trent McCotter*
R. TRENT MCCOTTER
DC Bar # 1011329
BOYDEN GRAY PLLC
800 Connecticut Ave. NW
Suite 900
Washington, DC 20006
202-706-5488
tmccotter@boydengray.com

DANIEL Z. EPSTEIN
AMERICA FIRST LEGAL FOUNDATION
611 Pennsylvania Ave. SE #231
Washington, DC 20003
202-964-3721
daniel.epstein@aflegal.org

## **CERTIFICATE OF SERVICE**

I certify that on this date, the foregoing was filed electronically with the Court's electronic filing system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

Respectfully submitted,

*/s/ R. Trent McCotter*

R. Trent McCotter