UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEARNING RESOURCES, INC. and HAND2MIND, INC., <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, President of the United States, in his official capacity; KRISTI NOEM, Secretary of the Department of Homeland Security, in her official capacity; U.S. DEPARTMENT OF HOMELAND SECURITY; SCOTT BESSENT, Secretary of the Treasury, in his official capacity; U.S. DEPARTMENT OF TREASURY; HOWARD LUTNICK, Secretary of Commerce, in his official capacity; UNITED STATES DEPARTMENT OF COMMERCE; PETE R. FLORES, Acting Commissioner of Customs & Border Protection, in his official capacity; U.S. CUSTOMS & BORDER PROTECTION; JAMIESON GREER, U.S. Trade Representative, in his official capacity; and THE OFFICE OF THE U.S. TRADE REPRESENTATIVE, <br><br> *Defendants*. | Civ. Action No. 25-cv-01248-RC |

**PROPOSED ORDER**

This matter is before the Court on Plaintiffs' Partially Opposed Motion to Set Briefing and Hearing Schedule. Upon consideration of the Motion, it is hereby:

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the following briefing and argument schedule with respect to Plaintiffs' Motion for Preliminary Injunction (ECF No. 9) and Defendants' Motion to Transfer (ECF No. 8) is in effect:

1

| DUE DATE | FILING |
|---|---|
| May 1, 2025 | Defendants' Response to Preliminary Injunction Motion |
| May 7, 2025 | Plaintiffs' Reply in support of its Preliminary Injunction Motion and Plaintiffs' Response to Transfer Motion |
| May 12, 2025 | Defendants' Reply in support of its Transfer Motion |

And it is further

ORDERED that a hearing on Plaintiffs' Motion for Preliminary Injunction and Defendants' Transfer Motion will be scheduled for [May 15, 2025 or May 16, 2025].

Dated: _____, 2025

_____
HONORABLE RUDOLPH CONTRERAS
United States District Judge