**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| LEARNING RESOURCES, INC., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:25-cv-01248-RC |
| | ) | |
| DONALD J. TRUMP, President of the United | ) | |
| States, in his official capacity, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendants respectfully notify the Court of the attached transcript of the May 13, 2025 summary judgment hearing in *V.O.S. Selections, Inc. v. Trump*, No. 25-cv-00066 (Ct. Int'l Trade), another case challenging the President's imposition of tariffs under IEEPA.

In his opening remarks, the presiding judge of the statutorily comprised three-judge panel[1] stated, "[b]efore we begin, I would say, as many of you know, that it is indeed appropriate that we are meeting here in a courthouse in New York, a national courthouse with exclusive jurisdiction." Tr. 5:25-6:3. The judge explained that the "three-judge panel was convened because this is an action that raises an issue of the constitutionality of [an] act of [Congress] or proclamation of the President or an executive order or has broader significant implications in the administration or interpretation of the customs laws." Tr. 9:6-10. The judge additionally noted that the same panel would be hearing argument in another case challenging the imposition of tariffs under IEEPA on May 21, 2025. Tr. 9:22-10:2. The panel then proceeded to hear argument on the merits of the case in *V.O.S.* Tr. 10:9-75:13.

---

[1] The Chief Judge of the Court of International Trade "shall designate" a three-judge panel to determine an action that raises "an issue of the constitutionality of an Act of Congress, a proclamation of the President or an Executive order" or "has broad or significant implications in the administration or interpretation of the customs laws." 28 U.S.C. § 255.

DATED: May 19, 2025

OF COUNSEL:

ALEXANDER K. HAAS
Director

STEPHEN M. ELLIOTT
Assistant Director
U.S. Department of Justice
Civil Division
Federal Programs Branch

SOSUN BAE
Senior Trial Counsel
LUKE MATHERS
BLAKE W. COWMAN
COLLIN T. MATHIAS
Trial Attorneys
U.S. Department of Justice
Civil Division
Commercial Litigation Branch

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

ERIC J. HAMILTON
Deputy Assistant Attorney General

PATRICIA M. McCARTHY
Director

/s/ Claudia Burke
CLAUDIA BURKE
Deputy Director

/s/ Justin R. Miller
JUSTIN R. MILLER
Attorney-In-Charge
International Trade Field Office

/s/ Catherine M. Yang
CATHERINE M. YANG
Trial Attorney
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
PO Box 480, Ben Franklin Station
Washington, DC 20044
(202) 514-4336
catherine.m.yang@usdoj.gov
*Attorneys for Defendants*