IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEARNING RESOURCES, INC., et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civil Action No. 1:25-cv-01248-RC |
| DONALD J. TRUMP, President of the United States, in his official capacity, et al., | ) ) ) ) |
| Defendants. | ) |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE of the appearance of Brett A. Shumate as counsel for all Defendants in the above-captioned action.

DATED: May 27, 2025                    Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

*/s/ Brett A. Shumate*
BRETT A. SHUMATE
Deputy Assistant Attorney General
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530
Telephone: (202) 514-1509
Email: Brett.A.Shumate@usdoj.gov