IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEARNING RESOURCES, INC., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:25-cv-01248-RC |
| ) | |
| DONALD J. TRUMP, President of the United ) | |
| States, in his official capacity, et al., ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF ADDITIONAL EXHIBITS**

Defendants respectfully submit the attached declarations in support of their response in opposition to plaintiffs' motion for a preliminary injunction. The declarations were filed Friday evening, May 23, 2025, in *Princess Awesome, LLC v. U.S. Customs & Border Protec.*, No. 25-cv-00078 (Ct. Int'l Trade), in support of defendants' opposition to the plaintiffs' request for permanent injunctive relief in that case. They are pertinent here because they also establish the unavailability of preliminary injunctive relief, which, like a request for permanent injunctive relief, requires showings on both the balance of the equities and public interest.

The declarations were made by four members of the President's cabinet: Marco Rubio, Secretary of State; Scott K. H. Bessent, Secretary of the Treasury; Howard W. Lutnick, Secretary of Commerce; and Jamieson Lee Greer, United States Trade Representative. They provide up-to-date information on sensitive negotiations with trading partners and describe the catastrophic harm to American foreign policy and national security that would ensue from granting the relief requested in plaintiffs' motion.

1

| | |
|---|---|
| DATED: May 27, 2025 | Respectfully submitted, |
| OF COUNSEL: | YAAKOV M. ROTH<br>Acting Assistant Attorney General |
| ALEXANDER K. HAAS<br>Director | ERIC J. HAMILTON<br>Deputy Assistant Attorney General |
| STEPHEN M. ELLIOTT<br>Assistant Director<br>U.S. Department of Justice<br>Civil Division<br>Federal Programs Branch | PATRICIA M. McCARTHY<br>Director<br><br>/s/ Claudia Burke<br>CLAUDIA BURKE<br>Deputy Director |
| SOSUN BAE<br>Senior Trial Counsel<br>LUKE MATHERS<br>BLAKE W. COWMAN<br>COLLIN T. MATHIAS<br>Trial Attorneys<br>U.S. Department of Justice<br>Civil Division<br>Commercial Litigation Branch | /s/ Justin R. Miller<br>JUSTIN R. MILLER<br>Attorney-In-Charge<br>International Trade Field Office<br><br>/s/ Catherine M. Yang<br>CATHERINE M. YANG<br>Trial Attorney<br>U.S. Department of Justice<br>Civil Division<br>Commercial Litigation Branch<br>PO Box 480, Ben Franklin Station<br>Washington, DC 20044<br>(202) 514-4336<br>catherine.m.yang@usdoj.gov<br>*Attorneys for Defendants* |