IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEARNING RESOURCES, INC., et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civil Action No. 1:25-cv-01248-RC |
| DONALD J. TRUMP, President of the United States, in his official capacity, et al., | ) ) ) |
| Defendants. | ) ) |

**NOTICE OF APPEAL**

Pursuant to Federal Rule of Appellate Procedure 3(a), all defendants hereby appeal, to the U.S. Court of Appeals for the D.C. Circuit, the Court's May 29, 2025 order granting plaintiffs' motion for a preliminary injunction, and accompanying opinion, ECF Nos. 35, 37.

DATED: May 29, 2025                         Respectfully submitted,

OF COUNSEL:                                 YAAKOV M. ROTH
                                            Acting Assistant Attorney General
ALEXANDER K. HAAS
Director                                    ERIC J. HAMILTON
                                            Deputy Assistant Attorney General
STEPHEN M. ELLIOTT
Assistant Director                          PATRICIA M. McCARTHY
U.S. Department of Justice                  Director
Civil Division
Federal Programs Branch                     /s/ Claudia Burke
                                            CLAUDIA BURKE
SOSUN BAE                                   Deputy Director
Senior Trial Counsel
LUKE MATHERS                                /s/ Justin R. Miller
BLAKE W. COWMAN                             JUSTIN R. MILLER
COLLIN T. MATHIAS                           Attorney-In-Charge
Trial Attorneys                             International Trade Field Office
U.S. Department of Justice
Civil Division                              /s/ Catherine M. Yang
Commercial Litigation Branch                CATHERINE M. YANG

1

Trial Attorney
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
PO Box 480, Ben Franklin Station
Washington, DC 20044
(202) 514-4336
catherine.m.yang@usdoj.gov
*Attorneys for Defendants*