UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| LEARNING RESOURCES, INC., *et al.*, | : | | |
| | : | | |
| Plaintiffs, | : | Civil Action No.: | 25-1248 (RC) |
| | : | | |
| v. | : | Re Document No.: | 41 |
| | : | | |
| DONALD J. TRUMP, *et al.*, | : | | |
| | : | | |
| Defendants. | : | | |

## ORDER

### GRANTING DEFENDANTS' MOTION TO STAY

Upon consideration of Defendants' motion to stay (ECF No. 41) enforcement of the Court's order entered May 29, 2025 preliminarily enjoining the United States from collecting tariffs from Plaintiffs pursuant to Executive Orders 14,195; 14,228; 14,257; 14,259; and 14,266 (ECF No. 35); it is hereby

**ORDERED** that Defendants' motion is **GRANTED**.  In issuing the preliminary injunction, the Court specifically referenced the related permanent injunction granted by the Court of International Trade.  *See* Mem. Op. Denying Defs.' Mot. Transfer Venue; Granting Pls.' Mot. for Prelim. Inj. at 32–33, ECF No. 37.  The Court acknowledged the national security and foreign policy concerns raised by Defendants but determined that those consequences would flow, if at all, from the CIT's more sweeping order.  *Id.*  That order has now been stayed by the Court of Appeals for the Federal Circuit.  A stay in this action is therefore appropriate to protect the President's ability to identify and respond to threats to the U.S. economy and national security; and it is

**FURTHER ORDERED** that the effects of this Court's order granting Plaintiffs' motion for a preliminary injunction (ECF No. 35) and the accompanying memorandum opinion (ECF

No. 37) are hereby stayed pending disposition of the pending appeal before the United States Court of Appeals for the District of Columbia Circuit.

**SO ORDERED**.

Dated: June 3, 2025                                      RUDOLPH CONTRERAS
                                                         United States District Judge