### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEARNING RESOURCES, INC., et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>DONALD J. TRUMP, President of the United )<br>States, in his official capacity, et al., )<br>)<br>Defendants. ) | Civil Action No. 1:25-cv-01248-RC |

### JOINT STATUS REPORT

Pursuant to the Court's July 10, 2025 minute order, the parties respectfully submit this joint status report proposing a stay of proceedings in the district court pending resolution of all appeals of the preliminary injunction order, including any potential appeal to the Supreme Court, except Plaintiffs reserve the right to move to dissolve this Court's June 3, 2025 order of a stay of the injunction pending appeal if the D.C. Circuit affirms this court's preliminary injunction.

Such a stay is within the Court's inherent power and serves judicial economy and efficiency. *See Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936). The appeal presently pending before the D.C. Circuit involves the threshold issue of this Court's jurisdiction as well as assessment of the merits in the preliminary injunction posture. Resolution of those issues, including in any potential appeal to the Supreme Court, will undoubtedly "narrow the issues" and "assist in the determination of the questions of law involved" before this Court. *Id*. at 253; *see also, e.g.*, *Allina Health Servs. v. Sebelius*, 756 F. Supp. 2d 61, 71 (D.D.C. 2010). The appeal in the D.C. Circuit has been expedited, with argument scheduled for September 30, 2025.

Accordingly, the parties respectfully request that the Court stay proceedings in this case pending resolution of all appeals of the preliminary injunction. Upon the resolution of all

appeals, the parties will promptly meet and confer and submit a joint status report proposing a schedule for any further proceedings needed at that time. Additionally, if the D.C. Circuit affirms this Court's preliminary injunction order, plaintiffs reserve the right to immediately move to dissolve the Court's stay of the preliminary injunction, and defendants will respond to any such motion in due course.

| | |
|---|---|
| DATED: July 18, 2025 | Respectfully submitted, |
| /s/ Pratik A. Shah<br>Pratik A. Shah<br>  D.C. Bar No. 497108<br>James E. Tysse<br>  D.C. Bar No. 978722<br>Matthew R. Nicely<br>  D.C. Bar No. 430564<br>Daniel M. Witkowski<br>  D.C. Bar No. 1028791<br>Kristen E. Loveland<br>  D.C. Bar No. 1684978<br>AKIN GUMP STRAUSS HAUER<br>  & FELD LLP<br>2001 K Street N.W.<br>Washington, D.C. 20006<br>Tel: (202) 887-4000<br>pshah@akingump.com<br><br>*Counsel for Plaintiffs* | BRETT A. SHUMATE<br>Assistant Attorney General<br><br>ERIC J. HAMILTON<br>Deputy Assistant Attorney General<br><br>PATRICIA M. McCARTHY<br>Director<br><br>/s/ Claudia Burke<br>CLAUDIA BURKE<br>Deputy Director<br><br>/s/ Justin R. Miller<br>JUSTIN R. MILLER<br>Attorney-In-Charge<br>International Trade Field Office<br><br>/s/ Catherine M. Yang<br>SOSUN BAE<br>Senior Trial Counsel<br>CATHERINE M. YANG<br>LUKE MATHERS<br>BLAKE W. COWMAN<br>COLLIN T. MATHIAS<br>Trial Attorneys<br>U.S. Department of Justice<br>Civil Division<br>Commercial Litigation Branch<br>PO Box 480, Ben Franklin Station<br>Washington, DC 20044<br>(202) 514-4336<br>catherine.m.yang@usdoj.gov<br>*Attorneys for Defendants* |