**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

LEARNING RESOURCES, INC., *et al.*    :

                                     :

    Plaintiffs,    :       Civil Action No.:    25-1248 (RC)

                                       :

    v.    :

                                       :

DONALD TRUMP, *et al.*    :

                                       :

    Defendants.    :

## ORDER

In light of the Supreme Court's decision in *Learning Resources, Inc. v. Trump*, 146 S. Ct. 628 (2026), and pursuant to the D.C. Circuit's remand order, *Learning Resources, Inc. v. Trump*, No. 25-5202, (D.C. Cir. Apr. 3, 2026), it is hereby **ORDERED** that this matter is **DISMISSED** for lack of jurisdiction.

    **SO ORDERED**.

Dated:  April 3, 2026                           RUDOLPH CONTRERAS
                                           United States District Judge